# Exhibit E

| **Claim Chart - Patent No 11,278,153** | | |
|---|---|---|
| Claim | ’153 Patent | Forge™ Smokeless Fire Pit |
| 11a | A fire pit comprising:<br>a body having a bottom wall and a sidewall that define a fire box; the fire box adapted to receive items to be burned when the fire pit is used; | The Forge™ Smokeless Fire Pit is a fire pit comprising a body having a bottom wall and a sidewall that define a fire box; the fire box adapted to receive items to be burned when the fire pit is used.<br> |

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | ’153 Patent | Forge$^{TM}$ Smokeless Fire Pit |
| | | <br> |

| **Claim Chart - Patent No 11,278,153** | | |
|---|---|---|
| Claim | ’153 Patent | Forge™ Smokeless Fire Pit |
| | | “The Forge can handle more fire wood than any other smokeless fire pit on the market.” *See* https://www.yardcraft.com/product/fire-pits/urban-fire-collection/the-forge-smokeless-fire-pit/ |
| 11b | the bottom wall defining a plurality of air openings; | The Forge™ Smokeless Fire Pit has a bottom wall defining a plurality of air openings.<br><br>“The Forge pulls air in from two sources: protected air holes in the base, and through hollow legs. The air gets pulled inside the bottom of each leg. As it rises through the leg, the air becomes super heated as your fire’s internal temperature reaches up to 1,500°F.” *See* https://www.yardcraft.com/product/fire-pits/urban-fire-collection/the-forge-smokeless-fire-pit/ |

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | '153 Patent | Forge™ Smokeless Fire Pit |
| | | "Feed your fire with protected airflow from the base and each leg for secondary combustion." *See* https://www.yardcraft.com/product/fire-pits/urban-fire-collection/the-forge-smokeless-fire-pit/ |

U.S. Patent No 11,278,153: OUTDOOR FIRE PIT AND POST HOLDER

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | ’153 Patent | Forge[TM] Smokeless Fire Pit |
| | | <br>FIGURE 1<br><br>FIGURE 2<br>Step1: Locate and place 2 Logo Legs (L), on their sides, under the Base Plate (B), as shown in Fig. 1<br>Note: Keep the slots for the Air Channel Covers (A) open.<br>Step2: Locate and place 4 Air Channel Covers (A) in the rectangle slots on the Base Plate (B), as shown in Fig. 2<br>Note: The closed end of the Air Channel Covers (A) will be facing the center of the fire pit.<br><br>FIGURE 3<br><br>FIGURE 4<br>Step3: Slide all Air Channel Covers (A) outward, or towards the outside of the fire pit, locking them into place, as shown in Fig. 3<br>Step4: Starting with one Logo Leg (L) and “The Forge” Leg (F), slide the legs into the notches on the Base Plate (B), making sure the Air Channel Covers (A) are inserted in the second slot from the bottom of each leg, as shown in Fig. 4<br>Note: You may need to slightly lift the Base Plate (B) for proper alignment.<br>3 |

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | ’153 Patent | Forge™ Smokeless Fire Pit |
| | | *See* Assembly Manual/Use And Care at 4, available at https://www.yardcraft.com/product/fire-pits/urban-fire-collection/the-forge-smokeless-fire-pit/ (as of 3/22/2022) |
| 11c | a plurality of hollow air inlet arms connected to the bottom wall over the air openings; | The Forge™ Smokeless Fire Pit has a plurality of hollow air inlet arms connected to the bottom wall over the air openings. |

U.S. Patent No 11,278,153: OUTDOOR FIRE PIT AND POST HOLDER

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | '153 Patent | Forge[TM] Smokeless Fire Pit |
| | | <br>FIGURE 1<br>FIGURE 2<br>Step 1: Locate and place 2 Logo Legs (L), on their sides, under the Base Plate (B), as shown in Fig. 1<br>Note: Keep the slots for the Air Channel Covers (A) open.<br>Step 2: Locate and place 4 Air Channel Covers (A) in the rectangle slots on the Base Plate (B), as shown in Fig. 2<br>Note: The closed end of the Air Channel Covers (A) will be facing the center of the fire pit.<br>FIGURE 3<br>FIGURE 4<br>Step 3: Slide all Air Channel Covers (A) outward, or towards the outside of the fire pit, locking them into place, as shown in Fig. 3<br>Step 4: Starting with one Logo Leg (L) and "The Forge" Leg (F), slide the legs into the notches on the Base Plate (B), making sure the Air Channel Covers (A) are inserted in the second slot from the bottom of each leg, as shown in Fig. 4<br>Note: You may need to slightly lift the Base Plate (B) for proper alignment.<br>3<br><br>*See* Assembly Manual/Use And Care at 4, available at https://www.yardcraft.com/product/fire-pits/urban-fire-collection/the-forge-smokeless-fire-pit/ (as of 3/22/2022) |

U.S. Patent No 11,278,153: OUTDOOR FIRE PIT AND POST HOLDER

| **Claim Chart - Patent No 11,278,153** | | |
|---|---|---|
| Claim | '153 Patent | Forge™ Smokeless Fire Pit |
| | |  <br>FIGURE 5 FIGURE 6<br>Step5: Repeat Step #4 for the remaining two Logo Legs (L), as shown in Fig. 5<br>Note: When all of the legs are installed, the Base Plate (B) and the Air Channel Covers (A) will drop into place and lock in.<br>Step6: Locate one Side Wall (W) and align it with the rectangle slots on both legs, as shown in Fig. 6<br> <br>FIGURE 7 FIGURE 8<br>Step7: Insert the tabs on the Side Wall (W) into one of the legs, as shown in Fig. 7<br>Note: Be sure to keep the Side Wall raised until the next step.<br>Step8: Insert the opposite tabs into the second leg and gently lower the Side wall (W) all the way down, as shown in Fig. 8<br>Note: A light tap with a rubber mallet or your palm may be required to snap the second set of tabs into the slots.<br>4<br>*See id.* at 5. |

U.S. Patent No 11,278,153: OUTDOOR FIRE PIT AND POST HOLDER

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | '153 Patent | Forge™ Smokeless Fire Pit |
| | | <br>FIGURE 9<br><br>FIGURE 10<br>Step9: Repeat Steps # 6-8 for the remaining Side Walls (W), as shown in Fig. 9<br>Step10: Locate the Top Ring (T) and lower it over the legs, as shown in Fig. 10<br>Note: Be sure to align the Urban Fire Logo on the Top Ring (T) with "The Forge" Leg (F).<br><br>FIGURE 11<br>Step11: Use the provided bolts (Q) to fasten the Top Ring (T) to each Leg (L & F) using the provided Hex Wrench (H), as shown in Fig. 11<br>Note: You may need to push/pull the legs while fastening for proper alignment.<br>Note: An optional Snap Cap (S) is provided to cover the hole used for the Urban Fire Adjustable Swivel Grill<br>5<br>*See id.* at 6. |

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | ’153 Patent | Forge™ Smokeless Fire Pit |
| | | |
| 11d | each of the air inlet arms having first and second ends; | The Forge™ Smokeless Fire Pit has a plurality of hollow air inlet arms connected to the bottom wall over the air openings.<br>*See* evidence cited for element 11c. |
| 11e | each of the air inlet arms having a top portion that defines spaced-apart, discrete air inlets for the fire box along the air inlet arm between the first and second ends; and | The Forge™ Smokeless Fire Pit has air inlet arms having a top portion that defines spaced-apart, discrete air inlets for the fire box along the air inlet arm between the first and second ends. |

| **Claim Chart - Patent No 11,278,153** | | |
|---|---|---|
| Claim | '153 Patent | Forge$^{TM}$ Smokeless Fire Pit |
| | | <br>FIGURE 1 FIGURE 2<br>Step1: Locate and place 2 Logo Legs (L), on their sides, under the Base Plate (B), as shown in Fig. 1<br>Note: Keep the slots for the Air Channel Covers (A) open.<br>Step2: Locate and place 4 Air Channel Covers (A) in the rectangle slots on the Base Plate (B), as shown in Fig. 2<br>Note: The closed end of the Air Channel Covers (A) will be facing the center of the fire pit.<br>FIGURE 3 FIGURE 4<br>Step3: Slide all Air Channel Covers (A) outward, or towards the outside of the fire pit, locking them into place, as shown in Fig. 3<br>Step4: Starting with one Logo Leg (L) and "The Forge" Leg (F), slide the legs into the notches on the Base Plate (B), making sure the Air Channel Covers (A) are inserted in the second slot from the bottom of each leg, as shown in Fig. 4<br>Note: You may need to slightly lift the Base Plate (B) for proper alignment.<br>3<br><br>*See* Assembly Manual/Use And Care at 4, available at https://www.yardcraft.com/product/fire-pits/urban-fire-collection/the-forge-smokeless-fire-pit/ (as of 3/22/2022) |

U.S. Patent No 11,278,153: OUTDOOR FIRE PIT AND POST HOLDER

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | '153 Patent | Forge[TM] Smokeless Fire Pit |
| | | <br>FIGURE 5 FIGURE 6<br>Step5: Repeat Step #4 for the remaining two Logo Legs (L), as shown in Fig. 5<br>Note: When all of the legs are installed, the Base Plate (B) and the Air Channel Covers (A) will drop into place and lock in.<br>Step6: Locate one Side Wall (W) and align it with the rectangle slots on both legs, as shown in Fig. 6<br><br>FIGURE 7 FIGURE 8<br>Step7: Insert the tabs on the Side Wall (W) into one of the legs, as shown in Fig. 7<br>Note: Be sure to keep the Side Wall raised until the next step.<br>Step8: Insert the opposite tabs into the second leg and gently lower the Side wall (W) all the way down, as shown in Fig. 8<br>Note: A light tap with a rubber mallet or your palm may be required to snap the second set of tabs into the slots.<br>4<br><br>*See id.* at 5. |

U.S. Patent No 11,278,153: OUTDOOR FIRE PIT AND POST HOLDER

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | '153 Patent | Forge™ Smokeless Fire Pit |
| | | <br>FIGURE 9<br><br>FIGURE 10<br>Step9: Repeat Steps # 6-8 for the remaining Side Walls (W), as shown in Fig. 9<br>Step10: Locate the Top Ring (T) and lower it over the legs, as shown in Fig. 10<br>Note: Be sure to align the Urban Fire Logo on the Top Ring (T) with "The Forge" Leg (F).<br><br>FIGURE 11<br>Step11: Use the provided bolts (Q) to fasten the Top Ring (T) to each Leg (L & F) using the provided Hex Wrench (H), as shown in Fig. 11<br>Note: You may need to push/pull the legs while fastening for proper alignment.<br>Note: An optional Snap Cap (S) is provided to cover the hole used for the Urban Fire Adjustable Swivel Grill<br>5<br>*See id.* at 6. |

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | '153 Patent | Forge™ Smokeless Fire Pit |
| | | |
| 11f | the spaced-apart, discrete air inlets being spaced above the bottom wall. | The Forge™ Smokeless Fire Pit has spaced-apart, discrete air inlets being spaced above the bottom wall.<br><br>*See* https://www.yardcraft.com/product/fire-pits/urban-fire-collection/the-forge-smokeless-fire-pit/ |
| 12 | The fire pit of claim 11, wherein each of the air inlet arms include overhangs disposed above the air inlets. | The Forge™ Smokeless Fire Pit has air inlet arms that include overhangs disposed above the air inlets. |

U.S. Patent No 11,278,153: OUTDOOR FIRE PIT AND POST HOLDER

| **Claim Chart - Patent No 11,278,153** | | |
|---|---|---|
| Claim | '153 Patent | Forge™ Smokeless Fire Pit |
| | |  *See* https://www.yardcraft.com/product/fire-pits/urban-fire-collection/the-forge-smokeless-fire-pit/ "The Forge pulls air in from two sources: protected air holes in the base, and through hollow legs. The air gets pulled inside the bottom of each leg. As it rises through the leg, the air becomes super heated as your fire's internal temperature reaches up to 1,500°F." *See* https://www.yardcraft.com/product/fire-pits/urban-fire-collection/the-forge-smokeless-fire-pit/ |

U.S. Patent No 11,278,153: OUTDOOR FIRE PIT AND POST HOLDER

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | ’153 Patent | Forge$^{TM}$ Smokeless Fire Pit |
| | |  FIGURE 1  FIGURE 2<br>Step1: Locate and place 2 Logo Legs (L), on their sides, under the Base Plate (B), as shown in Fig. 1<br>Note: Keep the slots for the Air Channel Covers (A) open.<br>Step2: Locate and place 4 Air Channel Covers (A) in the rectangle slots on the Base Plate (B), as shown in Fig. 2<br>Note: The closed end of the Air Channel Covers (A) will be facing the center of the fire pit.<br> FIGURE 3  FIGURE 4<br>Step3: Slide all Air Channel Covers (A) outward, or towards the outside of the fire pit, locking them into place, as shown in Fig. 3<br>Step4: Starting with one Logo Leg (L) and “The Forge” Leg (F), slide the legs into the notches on the Base Plate (B), making sure the Air Channel Covers (A) are inserted in the second slot from the bottom of each leg, as shown in Fig. 4<br>Note: You may need to slightly lift the Base Plate (B) for proper alignment.<br>3 |

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | ’153 Patent | ForgeTM Smokeless Fire Pit |
| | | *See* Assembly Manual/Use And Care at 4, available at https://www.yardcraft.com/product/fire-pits/urban-fire-collection/the-forge-smokeless-fire-pit/ (as of 3/22/2022) |
| 13 | The fire pit of claim 11, wherein each of the air inlet arms has at least one open first and second end. | The ForgeTM Smokeless Fire Pit has air inlet arms that include at least one open first and second end.<br><br>“The Forge pulls air in from two sources: protected air holes in the base, and through hollow legs. The air gets pulled inside the bottom of each leg. . . . . The super heated air is expelled through the top of the leg, right under the top ring, mixing with the smoke coming off the fire.” *See* https://www.yardcraft.com/product/fire-pits/urban-fire-collection/the-forge-smokeless-fire-pit/ |

U.S. Patent No 11,278,153: OUTDOOR FIRE PIT AND POST HOLDER

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | '153 Patent | Forge™ Smokeless Fire Pit |
| | | |
| 14 | The fire pit of claim 11, further comprising a plurality of legs adapted to support the bottom wall above a support surface when the fire pit is placed on the support surface. | The Forge™ Smokeless Fire Pit has a plurality of legs adapted to support the bottom wall above a support surface when the fire pit is placed on the support surface.   |

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | '153 Patent | Forge[TM] Smokeless Fire Pit |
| | | <br>"Attach each Air Flow Attachment to the Floor." *See* https://www.yardcraft.com/product/fire-pits/urban-fire-collection/the-forge-smokeless-fire-pit/<br><br>"The end of the Air Flow Attachment will snap into each leg, lifting the floor off the ground." *See* https://www.yardcraft.com/product/fire-pits/urban-fire-collection/the-forge-smokeless-fire-pit/ |
| 15 | The fire pit of claim 11, further comprising an air duct positioned along the sidewall to deliver heated air to the fire box; the air duct having an air supply opening located a distance above the bottom wall of the fire box. | The Forge[TM] Smokeless Fire Pit has an air duct positioned along the sidewall to deliver heated air to the fire box; the air duct having an air supply opening located a distance above the bottom wall of the fire box. |

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | '153 Patent | Forge™ Smokeless Fire Pit |
| | |  "The Forge pulls air in from two sources: protected air holes in the base, and through hollow legs. The air gets pulled inside the bottom of each leg. . . . . The super heated air is expelled through the top of the leg, right under the top ring, mixing with the smoke coming off the fire." *See* https://www.yardcraft.com/product/fire-pits/urban-fire-collection/the-forge-smokeless-fire-pit/ |
| 16 | The fire pit of claim 15, further comprising a flange at a top of the sidewall; the flange having a portion that overhangs the fire box. | The Forge™ Smokeless Fire Pit has a flange at a top of the sidewall; the flange having a portion that overhangs the fire box. |

U.S. Patent No 11,278,153: OUTDOOR FIRE PIT AND POST HOLDER

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | ’153 Patent | Forge™ Smokeless Fire Pit |
| | | <br>*See* https://www.yardcraft.com/product/fire-pits/urban-fire-collection/the-forge-smokeless-fire-pit/<br> |

U.S. Patent No 11,278,153: OUTDOOR FIRE PIT AND POST HOLDER

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | ’153 Patent | Forge™ Smokeless Fire Pit |
| | | |
| 17 | The fire pit of claim 15, further comprising an accessory post having an upper portion and a lower portion; the lower portion of the accessory post being located in the air duct when the accessory post is connected to the fire pit. | The Forge™ Smokeless Fire Pit has an accessory post having an upper portion and a lower portion; the lower portion of the accessory post being located in the air duct when the accessory post is connected to the fire pit.<br> |

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | '153 Patent | Forge™ Smokeless Fire Pit |
| | |   |

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | '153 Patent | Forge™ Smokeless Fire Pit |
| | | "Place the grill pole down the hole in the Top Ring. Use the 2.25″ Thumb Screw to secure the pole by placing it through the hole in the leg and through the pole, and back out the other side of the leg. Secure it with the Wing Nut." *See* https://www.yardcraft.com/product/fire-pits/urban-fire-collection/the-forge-smokeless-fire-pit/ <br><br> "Transform your fire pit into a grill! The cooking grate for the Forge has a cooking area of 20″ x 20″. Made out of Stainless Steel with 5/8″ spacing, this kit includes the cooking grate, 20″ grill pole, stainless steel knob, two thumb screws and a wing nut, and a grill stake. The pole secures to the leg with the 2.25″ thumb screw and secures to the stake with the 1.25″ thumb screw. Fully adjustable vertically and horizontally, this grill will have your neighbors peeking over the fence!" *See* https://www.yardcraft.com/product/fire-pits/urban-fire-collection/the-forge-smokeless-fire-pit/ |

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | '153 Patent | Forge™ Smokeless Fire Pit |
| | | <br>*See* Assembly Manual/Use And Care at 9, available at https://www.yardcraft.com/product/fire-pits/urban-fire-collection/the-forge-smokeless-fire-pit/ (as of 3/22/2022) |

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | '153 Patent | Forge™ Smokeless Fire Pit |
| | | **INSTALLING ON THE FORGE™**<br><br>FIGURE 1B<br><br>FIGURE 2B<br>Step1: Locate and remove the Snap-in Cap (S) if installed, as shown in Fig. 1B.<br>Step2: Locate and install the 20" Grill Pole (P) through the large hole located at the top of The Forge Leg (F) and the Top Ring (T) , as shown in Fig. 2B.<br>Note: Be sure to align the holes in "The Forge" Leg (F) and 20" Grill Pole (P). The 20" Grill Pole (P) will rest on top of the Air Channel Cover (A), as shown in Fig 2C.<br><br>FIGURE 2C<br>3<br>*See id.* at 12. |

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | ’153 Patent | Forge™ Smokeless Fire Pit |
| | | <br>FIGURE 3B<br><br>FIGURE 4B<br>Step3: Locate and install the provided 2.25” Bolt (2QB), as shown in Fig. 3B.<br>Note: You may need to slightly rotate the 20” Grill Pole (P) back and forth to get the bolt (2QB) all the way through.<br>Step4: Locate and install the Wing Nut (W), as shown in Fig. 4B.<br><br>FIGURE 5B<br><br>FIGURE 6B<br>Step5: Locate and positon the 20” Grill Grate (G), as shown in Fig. 5.<br>Step6: Position the Grill Grate (G) at the desired height, then locate and install the Grill Grate Knob (K), as shown in Fig. 6B.<br>Note: The Grill Grate (G) will stay at the set height until you loosen the Knob (K) and slightly lift the Grill Grate (G).<br>4<br>*See id.* at 13. |

U.S. Patent No 11,278,153: OUTDOOR FIRE PIT AND POST HOLDER

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | ’153 Patent | Forge™ Smokeless Fire Pit |
| | | <br>FIGURE 7B<br>Step7: Adjust the height and the angle of the Grill Grate (G) by loosening the Knob (K), as shown in Fig. 7B.<br>Note: You can also swivel the Grill Grate (G) without loosening the Knob (K), however, this may result in scratches on the pole (P).<br>*See id.* at 14. |
| 18 | The fire pit of claim 11, wherein each of the air inlet arms has first and second sides; the top portion of each of the air inlet arms defining air inlets for the fire box on both of the first and second sides of the air inlet arm. | The Forge™ Smokeless Fire Pit has air inlet arms with first and second sides; the top portion of each of the air inlet arms defining air inlets for the fire box on both of the first and second sides of the air inlet arm. |

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | '153 Patent | Forge™ Smokeless Fire Pit |
| | | <br>"The Forge pulls air in from two sources: protected air holes in the base, and through hollow legs. The air gets pulled inside the bottom of each leg. . . . . The super heated air is expelled through the top of the leg, right under the top ring, mixing with the smoke coming off the fire." *See* https://www.yardcraft.com/product/fire-pits/urban-fire-collection/the-forge-smokeless-fire-pit/ |
| 19 | The fire pit of claim 11, wherein each of the air inlet arms includes an overhang disposed above each air inlet; the overhangs being spaced-apart. | The Forge™ Smokeless Fire Pit has air inlet arms that include includes an overhang disposed above each air inlet; the overhangs being spaced-apart. |

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | '153 Patent | Forge™ Smokeless Fire Pit |
| | |  "The super heated air is expelled through the top of the leg, right under the top ring, mixing with the smoke coming off the fire." *See* https://www.yardcraft.com/product/fire-pits/urban-fire-collection/the-forge-smokeless-fire-pit/ |
| 20 | The fire pit of claim 11, wherein the air inlet arms are arranged to extend radially outwardly from a central point of the bottom wall. | The Forge™ Smokeless Fire Pit has air inlet arms that are arranged to extend radially outwardly from a central point of the bottom wall. |

U.S. Patent No 11,278,153: OUTDOOR FIRE PIT AND POST HOLDER

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | '153 Patent | Forge™ Smokeless Fire Pit |
| | |  |