# Exhibit F

Patent No 11,278,153: OUTDOOR FIRE PIT AND POST HOLDER

| **Claim Chart - Patent No 11,278,153** | | |
|---|---|---|
| Claim | ’153 Patent | Hearth™ Smokeless Fire Pit |
| 11a | A fire pit comprising:<br>a body having a bottom wall and a sidewall that define a fire box; the fire box adapted to receive items to be burned when the fire pit is used; | The Hearth™ Smokeless Fire Pit is a fire pit comprising a body having a bottom wall and a sidewall that define a fire box; the fire box adapted to receive items to be burned when the fire pit is used.<br> |

Patent No 11,278,153: OUTDOOR FIRE PIT AND POST HOLDER

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | '153 Patent | Hearth™ Smokeless Fire Pit |
| | |  *See* https://www.yardcraft.com/product/fire-pits/urban-fire-collection/the-hearth-smokeless-fire-pit/; https://www.lowes.com/pd/YardCraft/5013507073 |
| 11b | the bottom wall defining a plurality of air openings; | The Hearth™ Smokeless Fire Pit has a bottom wall defining a plurality of air openings. |

Patent No 11,278,153: OUTDOOR FIRE PIT AND POST HOLDER

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | ’153 Patent | Hearth™ Smokeless Fire Pit |
| | |   “The Hearth pulls air in from three sources: protected air holes in the base, through hollow legs, and the top of each wall. As it rises through the leg, the air becomes super heated as your fire’s internal temperature reaches up to 1,500°F.” *See* https://www.yardcraft.com/product/fire-pits/urban-fire-collection/the-hearth-smokeless-fire-pit/ |

Patent No 11,278,153: OUTDOOR FIRE PIT AND POST HOLDER

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | '153 Patent | Hearth™ Smokeless Fire Pit |
| | | "Feed your fire with protected airflow from the base and each leg, with additional airflow entering through the outer skirt and into the top of the fire pit, all aiding the secondary combustion process" *See* https://www.yardcraft.com/product/fire-pits/urban-fire-collection/the-hearth-smokeless-fire-pit/ |
| 11c | a plurality of hollow air inlet arms connected to the bottom wall over the air openings; | The Hearth™ Smokeless Fire Pit has a plurality of hollow air inlet arms connected to the bottom wall over the air openings.  |

Patent No 11,278,153: OUTDOOR FIRE PIT AND POST HOLDER

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | ’153 Patent | Hearth™ Smokeless Fire Pit |
| | | “Feed your fire with protected airflow from the base and each leg, with additional airflow entering through the outer skirt and into the top of the fire pit, all aiding the |

Patent No 11,278,153: OUTDOOR FIRE PIT AND POST HOLDER

| **Claim Chart - Patent No 11,278,153** | | |
|---|---|---|
| Claim | ’153 Patent | Hearth$^{TM}$ Smokeless Fire Pit |
| | | secondary combustion process” *See* https://www.yardcraft.com/product/fire-pits/urban-fire-collection/the-hearth-smokeless-fire-pit/ |
| 11d | each of the air inlet arms having first and second ends; | The Hearth$^{TM}$ Smokeless Fire Pit has a plurality of hollow air inlet arms connected to the bottom wall over the air openings.<br>*See* evidence cited for element 11c. |
| 11e | each of the air inlet arms having a top portion that defines spaced-apart, discrete air inlets for the fire box along the air inlet arm between the first and second ends; and | The Hearth$^{TM}$ Smokeless Fire Pit has air inlet arms having a top portion that defines spaced-apart, discrete air inlets for the fire box along the air inlet arm between the first and second ends.<br> |

Patent No 11,278,153: OUTDOOR FIRE PIT AND POST HOLDER

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | '153 Patent | Hearth™ Smokeless Fire Pit |
| | |  *See* https://www.yardcraft.com/product/fire-pits/urban-fire-collection/the-hearth-smokeless-fire-pit/ |
| 11f | the spaced-apart, discrete air inlets being spaced above the bottom wall. | The Hearth™ Smokeless Fire Pit has spaced-apart, discrete air inlets being spaced above the bottom wall. |

Patent No 11,278,153: OUTDOOR FIRE PIT AND POST HOLDER

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | '153 Patent | Hearth™ Smokeless Fire Pit |
| | |  *See* https://www.lowes.com/pd/YardCraft/5013507073#preview-overview |

Patent No 11,278,153: OUTDOOR FIRE PIT AND POST HOLDER

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | '153 Patent | Hearth™ Smokeless Fire Pit |
| | | <br>*See* https://www.yardcraft.com/product/fire-pits/urban-fire-collection/the-hearth-smokeless-fire-pit/ |
| 12 | The fire pit of claim 11, wherein each of the air inlet arms include overhangs disposed above the air inlets. | The Hearth™ Smokeless Fire Pit has air inlet arms that include overhangs disposed above the air inlets. |

Patent No 11,278,153: OUTDOOR FIRE PIT AND POST HOLDER

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | '153 Patent | Hearth™ Smokeless Fire Pit |
| | |  *See* https://www.yardcraft.com/product/fire-pits/urban-fire-collection/the-hearth-smokeless-fire-pit/ "The Hearth pulls air in from three sources: protected air holes in the base, through hollow legs, and the top of each wall." *See* https://www.yardcraft.com/product/fire-pits/urban-fire-collection/the-hearth-smokeless-fire-pit/ |
| 13 | The fire pit of claim 11, wherein each of the air inlet arms has at least one open first and second end. | The Hearth™ Smokeless Fire Pit has air inlet arms that include at least one open first and second end. |

Patent No 11,278,153: OUTDOOR FIRE PIT AND POST HOLDER

| **Claim Chart - Patent No 11,278,153** | | |
|---|---|---|
| Claim | ’153 Patent | Hearth™ Smokeless Fire Pit |
| | | <br><br>“The Hearth pulls air in from three sources: protected air holes in the base, through hollow legs, and the top of each wall. As it rises through the leg, the air becomes super heated as your fire’s internal temperature reaches up to 1,500°F. The super heated air is expelled through the top, right under the top cap, mixing with the smoke coming off the fire.” *See* https://www.yardcraft.com/product/fire-pits/urban-fire-collection/the-hearth-smokeless-fire-pit/ |
| 14 | The fire pit of claim 11, further comprising a plurality of legs adapted to support the bottom wall above a support surface when the fire pit is placed on the support surface. | The Hearth™ Smokeless Fire Pit has a plurality of legs adapted to support the bottom wall above a support surface when the fire pit is placed on the support surface. |

Patent No 11,278,153: OUTDOOR FIRE PIT AND POST HOLDER

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | ’153 Patent | Hearth$^{TM}$ Smokeless Fire Pit |
| | |    |

Patent No 11,278,153: OUTDOOR FIRE PIT AND POST HOLDER

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | '153 Patent | Hearth™ Smokeless Fire Pit |
| | | "Attach each Air Flow Attachment to the Floor with the rounded edge facing out." *See* https://www.yardcraft.com/product/fire-pits/urban-fire-collection/the-hearth-smokeless-fire-pit/<br><br>"The end of the Air Flow Attachment will snap into each leg, lifting the floor off the ground." *See* https://www.yardcraft.com/product/fire-pits/urban-fire-collection/the-hearth-smokeless-fire-pit/ |
| 15 | The fire pit of claim 11, further comprising an air duct positioned along the sidewall to deliver heated air to the fire box; the air duct having an air supply opening located a distance above the bottom wall of the fire box. | The Hearth™ Smokeless Fire Pit has an air duct positioned along the sidewall to deliver heated air to the fire box; the air duct having an air supply opening located a distance above the bottom wall of the fire box.<br><br> |

Patent No 11,278,153: OUTDOOR FIRE PIT AND POST HOLDER

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | '153 Patent | Hearth™ Smokeless Fire Pit |
| | | "The Hearth pulls air in from three sources: protected air holes in the base, through hollow legs, and the top of each wall. As it rises through the leg, the air becomes super heated as your fire's internal temperature reaches up to 1,500°F. The super heated air is expelled through the top, right under the top cap, mixing with the smoke coming off the fire." *See* https://www.yardcraft.com/product/fire-pits/urban-fire-collection/the-hearth-smokeless-fire-pit/ |
| 16 | The fire pit of claim 15, further comprising a flange at a top of the sidewall; the flange having a portion that overhangs the fire box. | The Hearth™ Smokeless Fire Pit has a flange at a top of the sidewall; the flange having a portion that overhangs the fire box.  *See* https://www.yardcraft.com/product/fire-pits/urban-fire-collection/the-hearth-smokeless-fire-pit/ |

Patent No 11,278,153: OUTDOOR FIRE PIT AND POST HOLDER

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | '153 Patent | Hearth™ Smokeless Fire Pit |
| | |  "The super heated air is expelled through the top, right under the top cap, mixing with the smoke coming off the fire." *See* https://www.yardcraft.com/product/fire-pits/urban-fire-collection/the-hearth-smokeless-fire-pit/ |

Patent No 11,278,153: OUTDOOR FIRE PIT AND POST HOLDER

| **Claim Chart - Patent No 11,278,153** | | |
|---|---|---|
| Claim | '153 Patent | Hearth™ Smokeless Fire Pit |
| 17 | The fire pit of claim 15, further comprising an accessory post having an upper portion and a lower portion; the lower portion of the accessory post being located in the air duct when the accessory post is connected to the fire pit. | The Hearth™ Smokeless Fire Pit has an accessory post having an upper portion and a lower portion; the lower portion of the accessory post being located in the air duct when the accessory post is connected to the fire pit.<br> |

Patent No 11,278,153: OUTDOOR FIRE PIT AND POST HOLDER

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | '153 Patent | Hearth™ Smokeless Fire Pit |
| | |   |

Patent No 11,278,153: OUTDOOR FIRE PIT AND POST HOLDER

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | ’153 Patent | Hearth™ Smokeless Fire Pit |
| | | “Place the grill pole down the hole in the Top Ring. Use the 2.25″ Thumb Screw to secure the pole by placing it through the hole in the leg and through the pole, and back out the other side of the leg. Secure it with the Wing Nut.” *See* https://www.yardcraft.com/product/fire-pits/urban-fire-collection/the-hearth-smokeless-fire-pit/<br><br>“Made out of Stainless Steel with 5/8″ spacing, this kit includes the cooking grate, 20″ grill pole, stainless steel knob, two thumb screws and a wing nut, and a grill stake. The pole secures to the leg with the 2.25″ thumb screw and secures to the stake with the 1.25″ thumb screw. Fully adjustable vertically and horizontally, this grill will have your neighbors peeking over the fence!” *See* https://www.yardcraft.com/product/fire-pits/urban-fire-collection/the-hearth-smokeless-fire-pit/ |
| 18 | The fire pit of claim 11, wherein each of the air inlet arms has first and second sides; the top portion of each of the air inlet arms defining air inlets for the fire box on both of the first and second sides of the air inlet arm. | The Hearth™ Smokeless Fire Pit has air inlet arms with first and second sides; the top portion of each of the air inlet arms defining air inlets for the fire box on both of the first and second sides of the air inlet arm. |

Patent No 11,278,153: OUTDOOR FIRE PIT AND POST HOLDER

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | '153 Patent | Hearth™ Smokeless Fire Pit |
| | | <br>"The Hearth pulls air in from three sources: protected air holes in the base, through hollow legs, and the top of each wall. As it rises through the leg, the air becomes super heated as your fire's internal temperature reaches up to 1,500°F. The super heated air is expelled through the top, right under the top cap, mixing with the smoke coming off the fire." See https://www.yardcraft.com/product/fire-pits/urban-fire-collection/the-hearth-smokeless-fire-pit/ |
| 19 | The fire pit of claim 11, wherein each of the air inlet arms includes an overhang disposed above each air inlet; the overhangs being spaced-apart. | The Hearth™ Smokeless Fire Pit has air inlet arms that include includes an overhang disposed above each air inlet; the overhangs being spaced-apart. |

Patent No 11,278,153: OUTDOOR FIRE PIT AND POST HOLDER

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | ’153 Patent | Hearth™ Smokeless Fire Pit |
| | |  |

Patent No 11,278,153: OUTDOOR FIRE PIT AND POST HOLDER

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | '153 Patent | Hearth™ Smokeless Fire Pit |
| | |  |
| 20 | The fire pit of claim 11, wherein the air inlet arms are arranged to extend radially outwardly from a central point of the bottom wall. | The Hearth™ Smokeless Fire Pit has air inlet arms that are arranged to extend radially outwardly from a central point of the bottom wall. |

Patent No 11,278,153: OUTDOOR FIRE PIT AND POST HOLDER

| **Claim Chart - Patent No 11,278,153** | | |
|---|---|---|
| Claim | ’153 Patent | Hearth™ Smokeless Fire Pit |
| | |  |

Patent No 11,278,153: OUTDOOR FIRE PIT AND POST HOLDER

| Claim Chart - Patent No 11,278,153 | | |
|---|---|---|
| Claim | ’153 Patent | Hearth™ Smokeless Fire Pit |
| | |  |